300 Multiple Choices

Multiple Choices
The document name you requested (/attorneys/assets/opinions/appellate/unpublished/a3437-15.pdf) could not be found on this server.
However, we found documents with names similar to the one you requested.
Available documents:

/attorneys/assets/opinions/appellate/unpublished/a3427-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3430-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3432-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3436-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3337-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3438-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3937-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3497-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3537-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3737-15.pdf (mistyped character)

IBM_HTTP_Server at www.judiciary.state.nj.us Port 443